```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

JAGDEV SINGH, :
:
    Petitioner, :
:
vs. :
: CIVIL ACTION No. 06-00562-CB-B
BUREAU OF IMMIGRATION AND :
CUSTOMS ENFORCEMENT, *et al.*, :
:
    Respondents. :

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby dismissed as moot.

    **DONE** this 28th day of February, **2008.**

                                   *s/Charles R. Butler, Jr.*
                                   **Senior United States District Judge**